UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE ORTIZ and VICTORIA ORTIZ, individually and dba Villa Zapata aka Los Amigos, <br><br> Defendants. | CASE NO. CV 99-6101 RMT (Ex) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants JOSE ORTIZ and VICTORIA ORTIZ, individually and dba Villa Zapata aka Los Amigos, jointly and severally, the Default Judgment entered on 5/24/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                    $6,800.00
    b. Costs after judgment                              $ -0-
    c. Attorneys fees:                                      $ -0-
    d. Subtotal (*add a and b*)                        $6,800.00
    e. Credits after judgment                          $ -0-
    f. Subtotal (*subtract d from c*)           $6,800.00

```
g. Interest after judgment                         $1,700.00
h. Fee for filing renewal application              $   -0-
i. Total renewed judgment (add e. 5. and g)        $8,500.00
```

DATED: January 19, 2011        CLERK, by   Lori Muraoka
                                            _____,
                               Deputy